UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-23426 |
| --- | --- | --- |
| ALFREDO GARZA, JR. | ) ) ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) ) | Joliet |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY

This cause coming before the Court upon the Motion of SANTANDER CONSUMER USA INC. to Modify the Automatic Stay pursuant to Sections 362 and 1301 of the Bankruptcy Code, 11 U.S.C. §§362, 1301, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Motion of SANTANDER CONSUMER USA INC. to Modify Automatic Stay and Co-Debtor Stay is hereby granted;

2. That the automatic stay provided by Sections 362 and 1301 of the Bankruptcy Code, 11 U.S.C. §§362, 1301 is hereby modified as to Debtor, ALFREDO GARZA, JR., and Co-Debtor, CYNTHIA GOMEZ, to permit SANTANDER CONSUMER USA INC. to take possession of, sell and foreclose its security interest in the 2017 Jeep Cherokee motor vehicle bearing a Vehicle Identification Number of 1C4PJLCB8HD232828, which is the subject of its Motion and as provided by Illinois law and statute; and,

3. That Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: December 21, 2018

**Prepared by:**

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)