UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-23426 |
| ALFREDO GARZA, JR. | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | Joliet |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING PAYMENT OF POST-PETITION CLAIM (CLAIM NUMBER 9)

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED THAT:

1) The claim filed on behalf of Mary Kazak and Panda Bear Childcare (Claim Number 9) is proper under section 1305(a)(2) of the Bankruptcy Code and shall be paid pursuant to the provisions of the Chapter 13 Plan.

Enter:  *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  February 19, 2021

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com